Michael IRWIN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 382, 2015

Supreme Court of Delaware.

Submitted: December 3, 2015
Decided: February 2, 2016

AFFIRMED.